# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 6:24-cr-03033-RK-1 |
| BRIAN KEITH WILSON, ) | |
| Defendant. ) | |

## ORDER

On November 21, 2024, Magistrate Judge David P. Rush issued his Report and Recommendation (Doc. 41) recommending the Court deny Mr. Wilson's Motion to Suppress Evidence, (Doc. 26). Objections to the Report and Recommendation were due December 5, 2024. No objections were filed. After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Rush in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Rush (Doc. 41) is **ADOPTED**. It is further **ORDERED** that Mr. Wilson's Motion to Suppress Evidence (Doc. 26) is **DENIED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 10, 2024